**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Olga Elaine Jensen,** | **No: 18-15560** |
| **Debtor** | **CHAPTER 13** |

**NOTICE OF CHANGE OF ADDRESS**

I, Charles Laputka, Esquire, hereby state that the Debtor, Olga Elaine Jensen's new address is:

1027 So. Rainbow Blvd., # 211
Las Vegas, NV 89145

Date: October 18, 2018               Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102