Certificate Number: 17082-PAE-DE-031862330

Bankruptcy Case Number: 18-15560



17082-PAE-DE-031862330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2018</u>, at <u>1:55</u> o'clock <u>PM MST</u>, <u>OLGA D JENSEN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 5, 2018</u>               By:    <u>/s/Orsolya K Lazar</u>

                                                                Name:  <u>Orsolya K Lazar</u>

                                                                Title:   <u>Executive Director</u>