# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Olga Elaine Jensen | Case No: 18-15560-REF |
| Debtor | CHAPTER 13 |

## ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,000.00, of which $2,190 was received pre-petition.

**Date: April 4, 2019**

_____
U.S. BANKRUPTCY JUDGE