*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Olga Elaine Jensen
    Debtor(s)

Case No: 18−15560−elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 7000 Picaroon Lane, Las Vegas, NV 89145 Filed by The Bank Of New York Mellon, F/K/A The Bank Of New York, et al. Represented by KEVIN G. MCDONALD.

\*\*Hearing rescheduled from 06/06/2019 at 9:30 AM to 6/13/2019 at 10:00 AM\*\*

    on: 6/13/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  5/29/19

Timothy B. McGrath
Clerk of Court