United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15560-elf
Olga Elaine Jensen                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR         Page 1 of 1         Date Rcvd: May 29, 2019
                            Form ID: 167        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
```
db             +Olga Elaine Jensen,    1027 So. Rainbow Blvd. #211,    Las Vegas, NV 89145-6232
14185147       +Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suites 110 & 200 - A,
                 Anaheim, CA 92806-5951
14187077       +Carrington Mortgage, Services, LLC,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14185148       +HOA Lawyers Group,    9500 West Flamingo Road, Suite 204,    Las Vegas, NV 89147-5721
14185151       +National Default Servicing Corporation,    7720 N 16th St, Suite 300,    Phoenix, AZ 85020-7404
14185153       +Sylvia Gomez,    7000 Picaroon Lane,    Las Vegas, NV 89145-0133
14222365       +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14216381        E-mail/Text: Bankruptcy@absoluteresolutions.com May 30 2019 02:50:12
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
14185146        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2019 02:56:40      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14202254        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2019 02:56:40
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14185149        E-mail/Text: ktramble@lendmarkfinancial.com May 30 2019 02:50:11      Lendmark Financial SVC LLC,
                 2118 Usher St NW,    Covington, GA 30014-2434
14185150       +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2019 02:56:45      LVNV Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
14199470        E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2019 02:57:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14202314        E-mail/PDF: cbp@onemainfinancial.com May 30 2019 02:58:54      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14185152       +E-mail/PDF: cbp@onemainfinancial.com May 30 2019 02:57:43      OneMain,    PO Box 1010,
                 Evansville, IN 47706-1010
14203015        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2019 02:58:58
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14214326       +E-mail/Text: bankruptcy@speedyinc.com May 30 2019 02:50:18      Speedy/Rapid Cash,
                 PO BOX 780408,    Wichita, KS 67278-0408
                                                                                               TOTAL: 10
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:
```
              CHARLES   LAPUTKA    on behalf of Debtor Olga Elaine Jensen claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Carrington Mortgage, Services, LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank Of New York Mellon, F/K/A The Bank Of New
               York, et al. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Olga Elaine Jensen
    Debtor(s)

Case No: 18−15560−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 7000 Picaroon Lane, Las Vegas, NV 89145 Filed by The Bank Of New York Mellon, F/K/A The Bank Of New York, et al. Represented by KEVIN G. MCDONALD.

\*\*Hearing rescheduled from 06/06/2019 at 9:30 AM to 6/13/2019 at 10:00 AM\*\*

    on: 6/13/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/29/19

Timothy B. McGrath
Clerk of Court

36 − 33
Form 167