**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Olga Elaine Jenson | CHAPTER 13 |
| Debtor | CASE NO. 18-15560 |

**PRAECIPE TO WITHDRAW**

Kindly withdraw Debtor's Addendum to Part 9 of the 1st Amended Chapter 13 Plan dated 1/11/2019 filed with the Court on or about June 21, 2019.

Respectfully Submitted,

Dated: July 26, 2019

/s/ Charles Laputka, Esquire
Charles Laputka, Esquire
Laputka Law Office, LLC
1344 W. Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Fax: (484) 350-3581