# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Olga Elaine Jensen aka Olga E. Rudolph aka Olga D. Jensen<br>　　　　　　　Debtor | Chapter 13 |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12<br>　　　　　　　v.<br>Olga Elaine Jensen aka Olga E. Rudolph aka Olga D. Jensen<br>　　　　　　　and<br>Scott Waterman<br>　　　　　　　Trustee | NO. 18-15560 ELF |

## ORDER

AND NOW, this 7th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 24, 2019 it is **ORDERED** Athat:

The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7000 Picaroon Lane Las Vegas, NV 89145.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**