UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

OLGA   ELAINE   JENSEN

                                                                : Chapter 13

         Debtor(s)                             : Bankruptcy No. 18-15560ELF

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER **ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER **ORDERED** that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: 10/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**