United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-15560-elf
Olga Elaine Jensen                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Virginia              Page 1 of 2              Date Rcvd: Oct 11, 2019
                              Form ID: pdf900             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db              +Olga Elaine Jensen,    1027 So. Rainbow Blvd. #211,    Las Vegas, NV 89145-6232
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14185147        +Carrington Mortgage Services LLC,    1600 South Douglass Road,    Suites 110 & 200 - A,
                  Anaheim, CA 92806-5951
14187077        +Carrington Mortgage, Services, LLC,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541
14185148        +HOA Lawyers Group,    9500 West Flamingo Road, Suite 204,    Las Vegas, NV 89147-5721
14185151        +National Default Servicing Corporation,    7720 N 16th St, Suite 300,    Phoenix, AZ 85020-7404
14185153        +Sylvia Gomez,    7000 Picaroon Lane,    Las Vegas, NV 89145-0133
14222365        +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2019 03:05:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2019 03:06:34      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14216381         E-mail/Text: Bankruptcy@absoluteresolutions.com Oct 12 2019 03:04:52
                  Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                  8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
14185146         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 03:13:55      Capital One,
                  PO Box 30281,    Salt Lake City, UT 84130-0281
14202254         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 03:14:19
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14185149         E-mail/Text: ktramble@lendmarkfinancial.com Oct 12 2019 03:04:49      Lendmark Financial SVC LLC,
                  2118 Usher St NW,    Covington, GA 30014-2434
14185150        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 03:13:59      LVNV Funding LLC,
                  PO Box 1269,    Greenville, SC 29602-1269
14199470         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 03:13:59
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14202314         E-mail/PDF: cbp@onemainfinancial.com Oct 12 2019 03:14:25      ONEMAIN,    P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
14185152        +E-mail/PDF: cbp@onemainfinancial.com Oct 12 2019 03:13:55      OneMain,    PO Box 1010,
                  Evansville, IN 47706-1010
14203015         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2019 03:14:43
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14214326        +E-mail/Text: bankruptcy@speedyinc.com Oct 12 2019 03:05:30      Speedy/Rapid Cash,
                  PO BOX 780408,    Wichita, KS 67278-0408
                                                                                              TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Virginia              Page 2 of 2                  Date Rcvd: Oct 11, 2019
                              Form ID: pdf900             Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:

```
        CHARLES   LAPUTKA    on behalf of Debtor Olga Elaine Jensen claputka@laputkalaw.com,
         jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Carrington Mortgage, Services, LLC
         bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    The Bank Of New York Mellon, F/K/A The Bank Of New
         York, et al. bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

OLGA   ELAINE   JENSEN

 : Chapter 13

Debtor(s) : Bankruptcy No. 18-15560ELF

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER **ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER **ORDERED** that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: 10/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**